# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**TROY DAVID MUELLER**  CIVIL ACTION

**VERSUS**  NO. 09-6869

**MARLIN GUSMAN**  SECTION: "I"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's motion for summary judgment, Rec. Doc. 9, is **GRANTED** and that plaintiff's claim is dismissed without prejudice, but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915, based on his failure to exhaust his administrative remedies.

**IT IS FURTHER ORDERED** that plaintiff's motion for summary judgment, Rec. Doc. 7, is **DENIED**.

New Orleans, Louisiana, this 27th day of January, 2010.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**